# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO



FILED
CLERK, U.S. DISTRICT COURT
04/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP' DEPUTY

UNITED STATES OF AMERICA

v.

VERNON ALLEN HARE

*WARRANT FOR ARREST*

1:21-CR-68-BLW

5:21-mj-00286

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **VERNON ALLEN HARE** and bring forthwith to the nearest magistrate judge to answer a **INDICTMENT** charging with the below listed violations.

18 U.S.C. § 922(g)(1) – UNLAWFUL POSSESSION OF A FIREARM



United States Courts
District of Idaho
ISSUED
Annie Williams
on Mar 10, 2021 12:15 pm

<u>Annie Williams, Deputy Clerk</u>

Name and Title of Issuing Officer

<u>March 10, 2021</u>

Date

---

**RETURN**

---

This warrant was received_____and executed with the arrest of the above-name individual at _____.

_____

_____  _____
Signature of Arresting Officer          Date of Arrest

_____
Name & Title of Arresting Officer